In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00293-CV**
_____

**LARRY BRINSON, Appellant**

**V.**

**ESTELLA WENDT, Appellee**

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 25CCCV0581**

**MEMORANDUM OPINION**

On August 6, 2025, Larry Brinson filed a notice of appeal from a final order signed on August 7, 2025, in Trial Court Cause Number 25CCCV0581. Upon receiving the notice of appeal from Appellant, the Clerk of the Court issued an invoice for the filing fee for the appeal. By letter dated September 23, 2025, we notified the parties that Appellant had not paid the filing fee as directed in our letter previously forwarded to Appellant and we enclosed a Certified Bill of Costs for the filing fee. We warned Appellant in our letter dated September 23, 2025, that unless

1

the filing fee was paid, the appeal would be dismissed without further notice on any date after Tuesday, September 30, 2025. *See* Tex. R. App. P. 42.3(c). As of this date, Appellant has failed to pay the filing fee as directed by this Court.

On October 8, 2025, the County Clerk notified the Court that Appellant had failed to pay or to make the arrangements necessary for the County Clerk to prepare the clerk's record. On the same date, the Official Court Reporter for County Court at Law No. 1 notified the Court that Appellant had neither made any designation for nor arrangements to pay for the reporter's record. We notified the parties that Appellant had not established indigent status, that neither the clerk's record nor the reporter's record had been filed due to Appellant's failure to pay or to arrange to pay the fee required to prepare the clerk's record and reporter's record. We warned Appellant that the appeal would be dismissed for want of prosecution unless Appellant established that he had made the arrangements required to pay the fees or that he needed more time to do so. *See id*. 37.3(b). After the Clerk of this Court sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record and reporter's record, the Court did not receive a response.

Appellant has not paid the filing fee for the appeal, nor has he explained why he has not paid the fee for the clerk's record or reporter's record; therefore, we dismiss the appeal for want of prosecution. *Id*. 5, 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 19, 2025
Opinion Delivered November 20, 2025

Before Johnson, Wright and Chambers, JJ.